# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER EARL STRUNK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-1249 (RJL) |
| ) | |
| NEW YORK PROVINCE OF THE ) | |
| SOCIETY OF JESUS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the motion to dismiss filed on behalf of the New York Province of the

Society of Jesus and Gerald Chojnacki, S.J. [Dkt. #9] is GRANTED; it is

FURTHER ORDERED that the federal defendants' motion to dismiss [Dkt. #13] is

GRANTED; and it is

FURTHER ORDERED that this civil action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE:

3/8/10